U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT - 8 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 15-CR-00029-01 |
| | 18 U.S.C. §2423(a) |
| VERSUS | (Transportation of a Minor) |
| | DISTRICT JUDGE FOOTE |
| LARRY D. BLUITT | MAGISTRATE JUDGE HORNSBY |

FACTUAL BASIS FOR GUILTY PLEA

This Factual Basis is submitted in accordance with Federal Rules of Criminal Procedure, Rule 11(f). The parties signing below agree and stipulate to the following factual matters:

On December 17, 2014, members of the FBI-Violent Crimes Against Children Task Force responded in an undercover capacity to an advertisement for prostitution posted on the website Backpage.com. An undercover officer arranged to meet the female prostitute at the Lakeshore Inn, Shreveport, Louisiana. Law enforcement observed the Defendant, LARRY D. BLUITT, drive the female to the hotel and drop her off for the meeting. The undercover officer met with the female in a hotel room, she agreed to perform oral, anal, and vaginal sex, and he paid her $200. Task force officers then entered the room and detained the female. She was identified as B.M., a 14 year-old female from Dallas, Texas. The defendant, LARRY D. BLUITT, was arrested by task force members in the parking lot.

A few days prior, BLUITT personally drove B.M. and an adult prostitute from Dallas, Texas to Shreveport, Louisiana with the intention that both females engage in prostitution in the Shreveport area. The parties agree that this Factual Basis forms the basis for a guilty plea to Count 2 of the Indictment pending in this case, Transportation of a Minor to Engage in Prostitution, 18 U.S.C. § 2423(a).

Signed this 8TH day of October, 2015.

_____
LARRY D. BLUITT
Defendant

_____
CHRISTOPHER HATCH
Attorney for the Defendant

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

_____
SETH D. REEG (ASB-3634-E63R)
Assistant United States Attorney
Western District of Louisiana