U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 21 2016

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 15-CR-00029-01 |
| VERSUS | : | JUDGE FOOTE |
| LARRY D. BLUITT | : | MAGISTRATE JUDGE HORNSBY |

## FINAL JUDGMENT OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture on October 26, 2015 [Doc. No. 45], ordering defendant LARRY D. BLUITT to forfeit the following property: **$8,316 in cash seized from the person of LARRY D. BLUITT.**

The United States published notification of the Preliminary Order of Forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning October 29, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property pursuant to Title 21, United States Code, Section 853.

No third party claims were filed.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Preliminary Order of Forfeiture entered in the above captioned action on October 26, 2015 [Doc. No. 45], is final, this Court having found that the defendant, LARRY D. BLUITT, convicted in the case had an interest in the forfeitable property under Title 21, United States Code, Section 853, and all right, title and interest in the **$8,316 in cash seized from the person of LARRY D. BLUITT** is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

The United States has clear title to the property as set forth in the Preliminary Order of Forfeiture dated October 26, 2015. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshals Service, 300 Fannin Street, Suite 1202, Shreveport, Louisiana 71101.

Shreveport, Louisiana, this \_\_\_21st\_\_\_ day of \_\_\_January\_\_\_, 2016.

_____
ELIZABETH ERNY FOOTE
United States District Judge